# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                                                      **Case No.  6:07-cr-107-Orl-28UAM**

**IRIS PACHECO**
_____

## ORDER

Defendant Iris Pacheco has filed her Motion to Consolidate Related Cases (Doc. 268). In her motion, Ms. Pacheco requests that this case be consolidated with the case of United States v. Carlos Rodriguez-Colon, 6:07-cr-68 -GAP-UAM, which is presently pending before United States District Judge Gregory A. Presnell.

Rodriguez-Colon was arrested on April 18, 2007 and an indictment was returned and filed on May 9, 2007.  His case was originally set for the July 2007 trial term but has twice been continued and is currently set for trial in September 2007.  Rodriguez-Colon filed a motion to suppress evidence in that case, and a hearing on that motion is scheduled for August 10, 2007.

Ms. Pacheco was arrested on June 13, 2007 and an indictment was returned and filed on July 12, 2007, charging her and thirty co-defendants with violations of federal law. Twenty-one of the co-defendants, including Ms. Pacheco, have been arraigned and are set for trial during the September 2007 trial term.  Three other co-defendants are set for trial in October 2007.  The remaining seven co-defendants have not yet been arrested.  The

Government did not mention Rodriguez-Colon's case in its Notice of Pendency of Related Cases (Doc. 203) filed in this case.

Defendants in criminal cases often seek severance and separate trials, but it is indeed unusual for a defendant to seek joinder of her case with another pending case involving the same or related charges. Rule 13, Federal Rules of Criminal Procedure, specifically grants the district court discretion to consolidate criminal cases; the rule provides that the judge "*may* order that separate cases be tried together as though brought in a single indictment or information if all offenses and all defendants could have been joined in a single indictment or information." (Emphasis added). In the absence of a response to Ms. Pacheco's motion by the Government, I assume for the purpose of addressing the motion that all thirty-one defendants in Ms. Pacheco's case could have been charged in the same indictment as Rodriguez-Colon.

Under Rule 13, I have discretion to consolidate this case with the Rodriquez-Colon case, but Ms. Pacheco advances no argument as to why the relief she seeks should be granted other than to broadly state that such action would serve judicial economy. The assertion that such action would be economical is belied by the circumstances of these cases. Although both cases are set for trial in September, it is unlikely that this case will proceed at that time given the fact that three co-defendants are set for trial in October and others have yet to be arrested. The September trial term is the first time this case has been set for trial. Either a continuance or multiple trials will be required whether this case is transferred to Judge Presnell or not.

Rule 13 does provide courts the flexibility to consolidate cases in furtherance of fairness or judicial economy, but courts must guard against the use of the rule as a means of forum shopping. In the instant case, Ms. Pacheco has failed to present a grounded basis to support her motion. The Motion to Consolidate Related Cases (Doc. 268) is therefore **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on this 3rd day of August, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
MIGUEL ANTONIO MONTES
LUIS GONZALEZ
ELIAS MALDONADO
LUIS PEREZ
GIOVANNY RIVERA-SANCHEZ
ADOLFO CEPERO
LESTER CEPERO
EVAN MOUNIER
RICARDITO VASQUEZ
CHRISTIAN ANGUEIRA
RICARDO ORTIZ
MIGUEL A. RODRIGUEZ-TORRES
GIORLIANA CORTIJO
MITCHELL LOPEZ
STEVEN SAVINON
RICARDO ENRIQUE PERLAZA
FELIX A. HERNANDEZ

NESTOR QUINONES
JAVIER CRUZ ARROYO
CARLOS IRIZARRY
GRETCHEN MELENDEZ
IRIS PACHECO
MARIA ADAMES
LOANA CORTIJO
DAMARIS CRUZ
IDA ACEVEDO
MARY JANE NAZARIO
JORGE CORTIJO
JESSICA LUGO
EVELYN COLON-ROCHE
WILLIAM ERAZO