# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                              Case No. 6:07-cr-107-Orl-28UAM

**IRIS SANTIAGO**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Bruce S. Ambrose |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Joseph Robert Johnson |
| **COURT REPORTER:** | Koretta Stanford | **PRETRIAL/PROBATION:** | David Salce |
| **DATE/TIME:** | January 3, 2008 2:00-3:15 p.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the Indictment.

Defendant's witness: David J. Fleischmann.

Motion for downward departure and/or in mitigation of sentence based upon family circumstances (Doc. No. 726) - Denied.

Amended Ex Parte Motion for Psychological Examination (Doc. No. 693) - Denied.

IMPRISONMENT:    40 Months.

Court Recommends:    That defendant be incarcerated at FCI Coleman and receive substance abuse counseling while incarcerated.

The court also recommends that defendant receive educational and rehabilitative training while incarcerated.

Supervised Release:    5 Years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

    Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

    Participate in a program for mental health treatment and contribute to costs of program.

    Community Service Program:    Perform 150 hours in lieu of paying a fine.

    Cooperate in the collection of DNA as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:    Waived.

Special Assessment:    $100.00.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:    Defendant is advised of right to appeal.